**537** WHITE vs. ᴄɪRCUIT JUDGE (Kent), 47 M., 645.

To require respondent to restore to the files a plea " puis darrien continuance," which had been over-ruled on demurrer in Justice Court, and which, on appeal, had been stricken from the files on plaintiff's motion.

Granted October 11, 1881.


**538** HUNT vs. CIRCUIT JUDGE (Jackson), 41 Mich., 5.

To set aside a plea in chancery as irregular.

Denied June 3, 1879.

Held, that an irregular plea can be considered on appeal if important to a final disposition of the case, and mandamus does not lie to set it aside.


**539** McOMBER vs. HOLMES (Justice of the Peace), 41 M., 417.

To compel respondent to vacate an order allowing a plea in bar to be interposed after over-ruling a plea in abatement, and to assess damages.

Order to show cause denied October 7, 1879.

Held, that a plea in bar is allowable in the court's discretion after plea in abatement is overruled.